UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **12-23749-CIV-MORENO**

ADOLFO NAVARRO,

    Petitioner,

vs.

MICHAEL D. CREWS,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **October 15, 2012**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 17)** on **August 30, 2013**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that Petitioner did not file objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Accordingly, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 17)** on **August 30, 2013** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Petition for Writ of Habeas Corpus is DENIED and a certificate of appealability should not issue. It is also

ADJUDGED that this case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of September, 2013.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record